**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | |
| | : | **18 U.S.C. § 1029(a)(5) (Illegal** |
| | : | **Transactions with an Access Device)** |
| **KANDRA NOVA,** | : | |
| | : | **FORFEITURE: 18 U.S.C. § 982(a)(2)(B),** |
| **Defendant.** | : | **21 U.S.C. § 853(p)** |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about January 6, 2022, in the District of Columbia and elsewhere, the defendant KANDRA NOVA, knowingly and with intent to defraud, effected transactions with an access device, namely a company credit card issued to M.B. to receive international flights from Delta Air Lines, from on or about January 6, 2022 to on or about January 7, 2022, of a value of $4,540.10, said conduct affecting interstate and foreign commerce.

(**Illegal Transactions with an Access Device,** in Violation of Title 18, United States Code, Section 1029(a)(5))

## FORFEITURE ALLEGATION

1.    Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of the offense, pursuant to 18 U.S.C. § 982(a)(2)(B). The United States will also seek a forfeiture money judgment against the defendant in the amount of $31,415.97.

2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 982(a)(2)(B), and Title 21, United States Code, Section 853(p))

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Caelainn Carney*
CAELAINN CARNEY
Assistant United States Attorney
N.Y. Bar No. 5751672
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-714-6433
Email: caelainn.carney@usdoj.gov